UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE SCHROEDER and CODY WRIGHT, individually and as next friend to MW, a Minor,

Plaintiffs,

v.

PROMEDICA HEALTH SYSTEM, INC., et al.,

Defendants.
_____/

Case No. 2:19-cv-12416
Honorable Victoria A. Roberts

MEGAN VAN ETTEN, and BRANDON VAN ETTEN, individually, and as next friend on behalf of their minor child A.V.E., et al.,

Plaintiffs,

v.

PROMEDICA HEALTH SYSTEMS, INC. et al.,

Defendants.
_____/

Case No. 2:20-cv-11649
Honorable Victoria A. Roberts

AMY WELLDAY and RICK WELLDAY, individually and as NF of ZW, a minor, et al.,

Plaintiffs,

v.

PROMEDICA HEALTH SYSTEMS, INC. et al.,

Case No. 2:20-cv-11776
Honorable Victoria A. Roberts

Defendants.
_____/

## **ORDER**

On Friday, April 30, 2022, the Court held a status conference by Zoom. Attending were Megan Bonanni and Michael Pitt representing Schroeder plaintiffs; Nicholas Hadous representing VanEtten plaintiffs, Robert Lantzy representing Wellday plaintiffs; Michael Weaver representing ProMedical Health System, Inc. and Scholotter and Gouri Sashital representing Pawson, Walworth and Siefker.

Based on the discussion held, the Court orders this matter to facilitation/mediation with Richard A. Soble. Settlement efforts with Mr. Soble must be completed by August 1, 2022.

The Court STAYS all dates in its scheduling order which entered on February 3, 2022, with the exception of Dr. Huffman's evaluations of the minor child represented by Katlyn and Jonathan Jasso. This must be completed by August 1, 2022.

The parties must notify the Court immediately if settlement is achieved.

A status conference by zoom is set for August 3, 2022 at 4:00pm.

**ORDERED**.

                                                  s/ Victoria A. Roberts
                                                  Victoria A. Roberts
                                                  United States District Judge

Dated:  5/11/2022